UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X    O R D E R
SATNAM SINGH,

                Plaintiff,    CV-06-3797 (CBA)

  -against-

JAMES J. BLASE, JR.,

                Defendants.
----------------------------------X

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ AUG 10 2006 ★
P.M. _____
TIME A.M. _____

    An initial conference will be held in the above-captioned case on November 16, 2006 at 11:00 A.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**. All counsel must be present.

    <u>**Plaintiff's counsel is requested to confirm that all necessary participants are aware of this conference**</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated: Brooklyn, New York
       August 10, 2006

/S/
_____
JOAN M. AZRACK
UNITED STATES MAGISTRATE JUDGE